HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WILLIAMS, as Personal Representative of the Estate of Shane P. Williams, and MARK WILLIAMS, a married man as his separate property,<br><br>Plaintiff,<br><br>-vs-<br><br>KITSAP COUNTY, a municipal corporation; BEN HERRIN and JANE DOE HERRIN, husband and wife, and the marital community comprised thereof; and PAUL WOODRUM and JANE DOE WOODRUM, husband and wife, and the marital community comprised thereof,<br><br>Defendants. | NO. 08-CV-05430-RBL<br><br>STIPULATION AND PROTECTIVE ORDER RE: LAW ENFORCEMENT WITNESSES AND PARTIES |

**STIPULATION**

COME NOW, the parties hereto, through their respective counsel, and stipulate as follows:

1. All personal information acquired through the course of discovery regarding employees of the Kitsap County Sheriff's Office and/or other law enforcement officers shall be deemed confidential.

2. In addition to its ordinary meaning, for the purposes of this stipulation, "personal information" shall be deemed to include any/all information, in whatever format it is contained, that

STIPULATION AND PROTECTIVE ORDER RE: LAW ENFORCEMENT
WITNESSES AND PARTIES (08-CV-05430-RBL )- 1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

references the individual's:

    a) date of birth;

    b) educational history;

    c) medical and/or mental health information or history;

    d) employment history (including, but not limited to internal investigations, reprimand or discipline; provided, however, that the Kitsap County and/or Kitsap County Sheriff's Office's internal investigation of the incident that is the subject matter of this lawsuit and any disciplinary action resulting therefrom (including without limitations the investigation by and proceedings before the Kitsap County Sheriff's Office of Professional Standards) shall not be "personal information" and shall not be deemed confidential, pursuant to the terms of this agreement.)

    e) place of personal residence, past or present; and/or

    f) identification of family members.

3. Information deemed confidential by the terms of this Stipulation and Order shall be used for the purposes of this action only, and shall not be disseminated outside of the confines of this case, nor shall it be included in any pleading, record or document which is not filed under seal with the court or redacted in accordance with applicable law. Filings of confidential information shall comply with Fed. R. Civ. P. Local Rule 5(g).

Confidential information shall not be disclosed to any person or entity other than to this court, under seal, as described above; the parties to this action; counsel for the parties in this action who have executed this Stipulation and Protection Order, their employees, or others retained by counsel to assist in the preparation or presentation of this case. All such persons to whom secondary dissemination is made by counsel of record shall be bound by the terms of this agreement.

STIPULATION AND PROTECTIVE ORDER RE: LAW ENFORCEMENT
WITNESSES AND PARTIES (08-CV-05430-RBL )- 2

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

4. Any party may challenge the designation and/or identification of any document or information as "Confidential" by motion filed with the Court.

5. This Stipulation and Protective Order shall not be deemed as a limitation of either parties' ability to seek the sealing or protection of any record, in accordance with Fed. R. Civ. P. Local Rule 5(g).

6. This Stipulation and Protective Order shall be binding throughout and after final adjudication and/or other resolution of this matter.

DATED this 6th day of October, 2008.

                RUSSELL D. HAUGE
                Kitsap County Prosecuting Attorney

/s/
IONE S. GEORGE, WSBA #18236
Senior Deputy Prosecuting Attorney
Attorney for Defendants

DATED this 6th day of October, 2006.

                BECKETT LAW OFFICES, PLLC

/s/
GUY W. BECKETT, WSBA #14939
Attorney for Plaintiff

## **ORDER**

Pursuant to the foregoing Stipulation, it is hereby,

ORDERED that all parties to the above Stipulation shall abide by the terms and conditions set forth thereby.

DONE IN OPEN COURT this 20th day of October, 2008

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

PRESENTED BY:

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney


/s/
_____
IONE S. GEORGE, WSBA #18236
Senior Deputy Prosecuting Attorney
Attorney for Defendants

APPROVED FOR ENTRY; NOTICE OF
PRESENTATION WAIVED:

BECKETT LAW OFFICES, PLLC


/s/
_____
GUY W. BECKETT, WSBA #14939
Attorney for Plaintiffs

STIPULATION AND PROTECTIVE ORDER RE: LAW ENFORCEMENT
WITNESSES AND PARTIES (08-CV-05430-RBL )- 4

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros