UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WILLIAMS, as Personal Representative of the Estate of Shane P. Williams, and MARK WILLIAMS, a married man as his separate property,<br><br>Plaintiff,<br><br>v.<br><br>KITSAP COUNTY, a municipal corporation; BEN HERRIN and JANE DOE HERRIN, husband and wife, and the marital community comprised thereof; and PAUL WOODRUM and JANE DOE WOODRUM, husband and wife, and the marital community comprised thereof,<br><br>Defendants. | Case No. C08-05430RBL<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO KITSAP COUNTY'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER is before the Court on Plaintiff Mark Williams' Motion for Leave to Supplement Opposition to Kitsap County's Motion for Summary Judgment. [Dkt. # 54]. The Plaintiff wishes to attach a second declaration from an expert witness, D.P. Van Blaricom, rebutting Joseph Fountain's expert testimony in support of the Defendant's rely to the Plaintiff's response to Defendant's Motion for Summary Judgment. [Dkt. # 46]. The plaintiff argues that Mr. Fountain's report submitted as part of the parties' expert disclosures did not address whether the defendant police officers provided constitutionally adequate warnings,

1  and that Plaintiff was therefore not given fair notice that such opinions would be filed. [Dkt. # 54 at 2]. The Court has considered the motion, and finds that the interests of justice favor granting Plaintiff's motion. It is ORDERED that the Plaintiff's Motion for Leave to Supplement Opposition to Kitsap County's Motion for Summary Judgment [Dkt. # 54] is GRANTED.

Dated this 13th day of May, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE