FILED ___ LODGED
___ RECEIVED
JUN 19 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

08-CV-05430-ORD

Hon Ronald B. Leighton
Noted for June 12, 2009

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WILLIAMS, Personal Representative of the Estate of Shane Williams,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY, et al.,<br><br>Defendants. | NO. CV 08-5430-RBL<br><br>STIPULATION AND ORDER OF CONSOLIDATION |
| CECILIA GOULD AND ROBERT GOULD,<br><br>Plaintiffs,<br><br>v.<br><br>BEN HERRIN, et ux., and PAUL WOODRUM, et ux.,<br><br>Defendants. | NO. CV 09-5281-RBL |

The parties,

(A) Mark Williams, in his capacity as the Personal Representative of the Estate of Shane Williams, and on his own behalf, through his attorney, Guy Beckett of Berry & Beckett, PLLP;

(B) Cecilia & Robert Gould, through their attorney, Fred Diamondstone,

(C) Kitsap County, Ben Herrin, and Victor Cleere, through their attorney, Kitsap County Senior Deputy Prosecuting Attorney, Ione S. George,

(D) Paul Woodrum, through his attorney, Andy Cooley of Keating, Bucklin & McCormick, and

STIPULATION AND [PROPOSED] ORDER RE:
CONSOLIDATION - 1
CV 08-5430-RBL & 09-5281-RBL

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

(E) Randy Olson, through his attorney, Mark Koontz of the Bremerton City Attorney's Office,

enter the following:

## STIPULATION

1. The above two referenced cases filed with this Court involve the same events related to the death of Shane Williams, as well as claims by Mr. and Mrs. Gould arising out of their seizure and detention immediately following the death of Shane Williams. Both cases have common defendants, though each case also has non-common defendants. All individual defendants are law enforcement officers who were either present at the time of Mr. Williams' death or immediately thereafter.

2. Substantial discovery has occurred in the *Williams* case, though discovery is not complete. The *Williams* case has also been the subject of a summary judgment motion with respect to immunity claims related to the death of Mr. Shane Williams, as well as a *Monell* liability motion.

3. The *Gould* case does not involve *Monell* claims, just claims against individual officers who were present: Herrin, Woodrum, Cleere and Olson. The *Gould* case involves a claim by Cecilia Gould related to the death of her son, Shane Williams, who resided at the Gould residence at the time of death, and continuously for more than one year prior to that time.

4. The parties concur that discovery in the *Gould* case would in part duplicate discovery already done and to be completed in the *Williams* case. The parties believe that judicial economy as well as economy to the parties will be served by consolidation of the two cases.

5. The parties agree that any and all documentary and deposition discovery to date in the *Williams* case should be utilized in the *Gould* case. To the extent that the *Gould* case involves different claims, whether related to potentially different standards in relation to the death claims or whether related to the seizure and detention of the Goulds, Plaintiffs Gould

STIPULATION AND [PROPOSED] ORDER RE:
CONSOLIDATION - 2
CV 08-5430-RBL & 09-5281-RBL

Fred Diamondstone
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

can and should be able to conduct discovery, with the understanding that discovery shall not be duplicated.

6. The parties also agree that the two cases should be tried together, again for reasons of judicial economy and economy to the parties. The parties propose a trial to occur sometime after February 1, 2010, subject to the Court's calendar. The parties propose that a new pre-trial schedule be established with the following suggested dates in mind.

    A.    Initial Disclosures in Gould by August 1, 2009

    B.    Plaintiffs' (Additional) Expert Disclosures by August 21, 2009.

    C.    Defendants' Expert Disclosures by September 18, 2009.

    D.    Discovery Cutoff of October 23, 2009.

    E.    Dispositive Motions to be Noted for Hearing by November 13, 2009.

    F.    Rule 39.1 Mediation by December 18, 2009.

    G.    Such other Pre-trial dates as are consistent with the Court's customary

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER RE:
CONSOLIDATION - 3
CV 08-5430-RBL & 09-5281-RBL

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

| | | |
|---|---|---|
| 1 | schedule, as modified to accommodate the above proposed, stipulated dates. | |
| 2 | Respectfully Submitted this 12th day of June, 2009. | |

| | |
|---|---|
| **FRED DIAMONDSTONE** | **RUSSELL HAUGUE** |
| s/ Fred Diamondstone<br>Fred Diamondstone, WSB # 7138<br>Attorney for Plaintiff<br>710 2nd Avenue, Suite 700<br>Seattle, WA 98104<br><br>Telephone: (206) 568-0082<br>Fax: (206) 568-1683<br>E-mail: fdiamondstone@seanet.com | s/ Ione George<br>Ione George, WSB # 18236<br>Kitsap County Prosecutor's Office<br>614 Division Street<br>MS-35A<br>Port Orchard, WA 98366-7148<br><br>Tel. 360-337-4957<br>Fax 360-337-7083<br><br>igeorge@co.kitsap.wa.us |
| **BERRY & BECKETT, PLLP** | **KEATING BUCKLIN & MCCORMICK** |
| s/ Guy Beckett<br>Guy Beckett, WSB # 14939<br>1708 Bellevue Ave.<br>Seattle, WA 98122<br><br>206-441-5444<br>206-838-6346<br>gbeckett@beckettlaw.com | s/ Andy Cooley<br>Andy G. Cooley, WSB #<br>800 Fifth Ave., #4141<br>Seattle, WA 98104<br><br>(206) 623-8861<br>223-9423 fax<br>acooley@kbmlawyers.com |
| | **BREMERTON CITY ATTORNEY** |
| | s/ Mark Koontz<br>Mark E. Koontz, WSB #<br>Assistant City Attorney<br>City of Bremerton<br>345 Sixth Street, Ste. 600<br>Bremerton, WA 98337<br><br>360-473-2345<br>(360)473-5161 fax<br>mark.koontz@ci.bremerton.wa.us |

### ORDER

The Stipulation above is APPROVED, and

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Scheduling Order

/ / /

STIPULATION AND [PROPOSED] ORDER RE:
CONSOLIDATION - 4
CV 08-5430-RBL & 09-5281-RBL

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

consistent with the above Stipulation and a trial date of February 22, 2010.

DONE IN COURT this 19th day of June, 2009

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE:
CONSOLIDATION - 5
CV 08-5430-RBL & 09-5281-RBL

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX