UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WILLIAMS, as Personal Representative of the Estate of Shane P. Williams, and MARK WILLIAMS, a married man as his separate property,<br><br>Plaintiff,<br><br>v.<br><br>KITSAP COUNTY, a municipal corporation; BEN HERRIN and JANE DOE HERRIN, husband and wife, and the marital community comprised thereof; and PAUL WOODRUM and JANE DOE WOODRUM, husband and wife, and the marital community comprised thereof,<br><br>Defendants. | Case No. 308-CV-05430-RBL<br><br>PROTECTIVE ORDER |

It is hereby ORDERED that;

1. All communications between Ben Herrin and Edward (Ted) Rosenbaum, Ph.D., and/or other members of the mental health team (those individuals providing mental health support to Deputy Herrin and/or acting in conjunction with Dr. Rosenbaum) are privileged, and no person shall be deposed regarding any such statements;

2. All communications between Paul Woodrum and Edward Rosenbaum, Ph.D., and/or other members of the mental health team (those individuals providing mental health support to Deputy Woodrum and/or acting in conjunction with Dr. Rosenbaum) are privileged, and no person shall be

deposed regarding any such statements.

Dated this 22nd day of June, 2009.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE