| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WILLIAMS, as Personal Representative of the Estate of Shane P. Williams, and MARK WILLIAMS, a married as his separate<br><br>Plaintiff,<br><br>v.<br><br>KITSAP COUNTY, a municipal corporation; BEN HERRIN and JANE DOE HERRIN, husband and wife, and the marital community comprised thereof; and PAUL WOODRUM and JANE DOE WOODRUM, husband and wife, and the marital community comprised thereof<br><br>Defendants. | Case No. CV 08-5430-RBL<br><br>ORDER ON DEFENDANTS' MOTION CHALLENGING EXPERT DEPOSITION FEE |

THIS MATTER is before the court on the Defendants' challenge to the reasonableness of Plaintiff's expert's deposition fee. [Dkt. # 69].

At issue is the reasonableness of the $2,000.00 flat fee charged by Mr. Van Blaricom for an approximately 90 minute deposition. Fed. R. Civ. P. 26(b)(4)(C)(ii) is silent as to what constitutes a reasonable fee. However, the Court has discretion to limit or alter discovery costs when they appear unreasonable. *Knight v. Kirby Inland Marine Inc.*, 482 F.3d 347, 356 (5th Cir. 2007) D.P. Van Blaricom's requested deposition fee of $2,000.00 is unreasonable. The defendant shall pay two hours of Mr. Van Blaricom's time, or $690.00, for the deposition.

ORDER
Page - 1

Any amount paid above that amount shall be refunded to the Defendants.

IT IS SO ORDERED.

Dated this 29th day of June, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE