HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WILLIAMS, as Personal Representative of the Estate of Shane P. Williams, and a married man as his separate property, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY, et al.,<br><br>Defendants. | NO. 08-CV-05430-RBL<br><br>STIPULATION AND PROTECTIVE ORDER RE: RELEASE OF EVIDENCE |
| CECILIA GOULD AND ROBERT GOULD<br><br>Plaintiffs,<br><br>v.<br><br>BEN HERRIN, et ux., and PAUL WOODRUM, et ux.,<br><br>Defendants. | |

**STIPULATION**

COME NOW, the parties hereto, through their respective counsel, and stipulate as follows:

1. Plaintiffs Mark Williams and Cecilia Gould hereby stipulate to the chain of custody of all items released to their agent, Kay Sweeney.

2. In no event shall the evidence released pursuant to this stipulation be released, handled,

STIPULATION AND PROTECTIVE ORDER RE: RELEASE OF EVIDENCE (08-CV-05430-RBL )- 1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

turned over to, or otherwise provided to anyone other than Kay Sweeney.

3. Mr. Sweeney shall not release or return the evidence to any person other than a Kitsap County Sheriff's Office Evidence Custodian.

4. Prior to the release of any item(s) or evidence from the possession of the Kitsap County Sheriff's Department Evidence Custodian to Mr. Sweeney, Plaintiff(s) shall provide to Defense Counsel, Ione George, the name and address of the location where the item(s) will be transported.

5. Any item sought to be released shall be picked up directly from the Kitsap County Sheriff's Office by Mr. Sweeney, at a mutually agreed upon date and time, but in any event, no later than October 21, 2009.

6. Mr. Sweeney shall be required to sign for any item released to him pursuant to this stipulation, as may be required by the Kitsap County Sheriff's Office Evidence Custodian.

7. Any item released under this stipulation, or any part thereof, shall not be amended, altered or consumed in any manner; nor shall any chemical be placed upon the item, even if such chemical is later removed from the item, except pursuant to the terms of Paragraph 8. Any/all items released shall be re-packaged and returned in the same manner and condition as originally packaged.

8. In the event Mr. Sweeney desires to conduct additional tests to or upon any released item which requires alterations, amendment or consumption of such item, or the placement of one or more chemicals upon the item, Mr. Sweeney shall not conduct any such additional tests without first obtaining: (1) the consent of the parties hereto, which consent shall not be unreasonably withheld; or (2) a Court order authorizing such testing. In the event Mr. Sweeney desires to conduct any such tests, he shall be permitted to retain the released items for additional time, to be calculated as follows: Mr. Sweeney shall be permitted to retain the items for 7-days from the date consent of the parties is obtained, or from the date the Court authorizes such testing.

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

9. In addition to any report that may be required pursuant to Court Rule, Mr. Sweeney shall document his transport, handling and analysis of the evidence item(s) in a written report, including:

i) the date and time of transport, handling, and/or analysis of the item(s);

ii) the condition of the item(s) at the time of receipt of the item(s) and the return of the items;

iii) the nature, scope, duration, extent and result of any analyses(es) performed;

iv) notation of any amendment and/or alteration to the packaging of each item with specific description of the need for and form of any amendment or alteration to the packaging.

10. Notwithstanding any of the above provisions, the item(s) shall be returned by Mr. Sweeney to the Kitsap County Sheriff's Department Evidence Custodian no later than November 5, 2009, absent an extension of time granted through the provisions of section 8, above. Return of the item(s) shall be made directly (i.e. in person) to the Sheriff's Office by Mr. Sweeney.

11. Notwithstanding any of the above provisions, the report(s) referenced under item no. 9 (nine), above, shall be provided to defense counsel, Ione George, no later than November 9, 2009, or the date following any extension of time that may be granted through the provisions of section 8, above.

11. Only the following item(s) may be released under this stipulation, and are subject to the terms and conditions of this stipulation:

| | **Description:** | **Evidence No.:** |
|---|---|---|
| 1) | BM4952 | Right shoe |
| 2) | BM4953 | Left Shoe |
| 3) | BM4954 | Sweat shirt |
| 4) | BM4955 | Boxer underwear |
| 5) | BM 4956 | Blk sweat pants |
| 6) | BM4958 | 1 tee shirt |
| 7) | BM4882 | Machette – With Wooden Handle |
| 8) | BM4959 | Wht Env Cont. Rt. Hand Fingernails |
| 9) | BM4960 | Wht Env Cont. Left Hand Fingernails (Empty) |

STIPULATION AND PROTECTIVE ORDER RE: RELEASE OF EVIDENCE (08-CV-05430-RBL )- 3

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

| | | | |
|---|---|---|---|
| 10) | BM4966 | | 1 Slug/Jkt Frag |
| 11) | BM4967 | | 1 Slug Frm Anterior |
| 12) | BM4968 | | 1 Slug Frm Rt Rear Back |
| 13) | BM4969 | | 1 Slug Frm Rt. Lateral Chest |
| 14) | BM4970 | | 1 Slug Rr. Axilla |
| 15) | BM4971 | | 1 Slug Left Mid Back |
| 16) | BM4972 | | 1 Slug Frm Rt. Mid Back |
| 17) | BM4883 | | Shall Casing – A |
| 18) | BM4884 | | Shell Casing – B |
| 19) | BM4885 | | Shell Casing – C |
| 20) | BM4886 | | Shell Casing – D |
| 21) | BM4887 | | Shell Casing – E |
| 22) | BM4888 | | Shell Casing – F |
| 23) | BM4889 | | Shell Casing – G |
| 24) | BM4890 | | Shell Casing – H |
| 25) | BM4891 | | Shell Casing – I |
| 26) | BM4892 | | Shell Casing - J |
| 27) | BM4893 | | Lead Bullet Fragment |
| 28) | BM4894 | | Lead Bullet Fragment From Car Door |

DATED this 16th day of October, 2009.

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

/s/ Ione George
IONE S. GEORGE, WSBA #18236
Senior Deputy Prosecuting Attorney
Attorney for Defendants Ben Herrin, Victor Cleere and Kitsap County

DATED this 16th day of October, 2009.

KEATING, BUCKLIN & McCORMICK, INC., P.S.

/s/ Andrew Cooley
Andrew G. Cooley, WSBA 15189
Attorney for Defendant Paul Woodrum
Keating, Bucklin & McCormack, Inc., P.S.

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992   Fax (360) 337-7083
www.kitsapgov.com/pros

DATED this 16th day of October, 2009.

/s/ Guy Beckett
GUY BECKETT, WSBA #14939
Attorney for Plaintiff Mark Williams

DATED this 16th day of October, 2009.

/s/ Fred Diamondstone
FRED DIAMONDSTONE, WSBA #7183
Attorney for Plaintiff Cecilia Gould

DATED this 19th day of October, 2009.

/s/ Mark Koontz
MARK KOONTZ, WSBA #26212
Attorney for Defendant Olson

## **ORDER**

Pursuant to the foregoing Stipulation, it is hereby,

ORDERED that all parties to the above Stipulation shall abide by the terms and conditions set forth thereby.

DONE IN OPEN COURT this 20th day of October, 2009

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

/s/ Ione George
IONE S. GEORGE, WSBA #18236
Senior Deputy Prosecuting Attorney
Attorney for Defendants

STIPULATION AND PROTECTIVE ORDER RE: RELEASE OF EVIDENCE (08-CV-05430-RBL )- 5

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

APPROVED FOR ENTRY; NOTICE OF
PRESENTATION WAIVED:


/s/ Andrew Cooley
Andrew G. Cooley, WSBA #15189
Attorney for Defendant Paul Woodrum

APPROVED FOR ENTRY; NOTICE OF
PRESENTATION WAIVED:


/s/ Guy Beckett
GUY BECKETT, WSBA #14939
Attorney for Plaintiff Mark Williams


APPROVED FOR ENTRY; NOTICE OF
PRESENTATION WAIVED:


/s/ Fred Diamondstone
FRED DIAMONDSTONE, WSBA #7183
Attorney for Plaintiff Cecilia Gould


APPROVED FOR ENTRY; NOTICE OF
PRESENTATION WAIVED:


/s/ Mark Koontz
MARK KOONTZ, WSBA #26212
Attorney for Defendant Olson

STIPULATION AND PROTECTIVE ORDER RE: RELEASE OF EVIDENCE (08-CV-05430-RBL )- 6

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros