Dbt f !4;19.dw.16541.SCM!!!!Epdvn f ou2: 6!!!!!!Gjrhe!12389031211!!!!!Qbhf !2!pg4

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK WILLIAMS, as Personal
Representative of the Estate of Shane P.
Williams, and a married man as his separate
property, et al.,

No. CV 08-5430-RBL

                              Plaintiffs,

v.

KITSAP COUNTY, et al.,

                              Defendants.

STIPULATION FOR AND ORDER
OF DISMISSAL AS TO PLAINTIFF
GOULD'S CLAIMS AGAINST
DEFENDANTS KITSAP COUNTY,
HERRIN, WOODRUM and CLEERE

CECILIA GOULD AND ROBERT GOULD,

                              Plaintiffs,

v.

BEN HERRIN, et ux., and PAUL
WOODRUM, et ux.,

                              Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between Defendants

KITSAP COUNTY, a municipal corporation, BEN HERRIN and JANE DOE HERRIN,

PAUL WOODRUM and JANE DOE WOODRUM, VICTOR CLEERE and JANE DOE

CLEERE, AND Plaintiff CECILIA GOULD, that the above-entitled matter has been fully

Stip Ord of Dismissal- 1
CAUSE NO. 07-5125 RBL
Z:\Active\Gould\Pleadings\p-011310-StipOrdDism vs Kitsap.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

settled and compromised as to Plaintiff CECILIA GOULD'S claims against the Kitsap County Defendants and may be dismissed with prejudice and without assessment of costs or attorney's fees to any party.

**FRED DIAMONDSTONE, ATTORNEY AT LAW**

Dated: January 20, 2010.

_____
Fred Diamondstone, WSBA #7138
Of Attorneys for Plaintiff Cecilia Gould

**KITSAP COUNTY PROSECUTOR'S OFFICE**

Dated: January 26th, 2010.

_____
Ione S. George, WSBA #18236
Of Attorneys for Defendants Kitsap County and Ben Herrin

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**

Dated: January 22, 2010

_____
Andrew G. Cooley, WSBA #15189
Of Attorneys for Paul Woodrum

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that the Plaintiff's claims against Defendants Kitsap County, Herrin, Woodrum and Cleere are dismissed with prejudice and without assessment of costs or attorney's fees to any party.

DONE IN OPEN COURT this 29th day of January, 2010.

_____
THE HONORABLE RONALD B. LEIGHTON

Stip Ord of Dismissal- 2
CAUSE NO. 07-5125 RBL
Z:\Active\Gould\Pleadings\p-011310-StipOrdDism vs Kitsap.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
600 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.


/s/ Andrew G. Cooley
Andrew G. Cooley, WSBA # 15189
Of Attorneys for Defendant Paul Woodrum

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Stip Ord of Dismissal- 3
CAUSE NO. 07-5125 RBL
Z:\Active\Gould\Pleadings\p-011310-StipOrdDism vs Kitsap.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423