The Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK WILLIAMS, as Personal Representative of the Estate of Shane P. Williams, and MARK WILLIAMS, a married man as his separate property,<br><br>Plaintiff,<br><br>v.<br><br>KITSAP COUNTY, a municipal corporation; BEN HERRIN and JANE DOE HERRIN, husband and wife, and the marital community comprised thereof; and PAUL WOODRUM and JANE DOE WOODRUM, husband and wife, and the marital community comprised thereof,<br><br>Defendants. | NO.  3:08-cv-05430-RBL<br><br>ORDER (1) APPROVING SETTLEMENT; (2) ESTABLISHING RESPONSIBILITY FOR PAYMENT OF SETTLEMENT GUARDIAN AD LITEM FEES; (3) REQUIRING DELIVERY OF SETTLEMENT PAYMENT; (4) APPROVING PROPOSED SETTLEMENT DISTRIBUTION AND ESTABLISHMENT OF GUARDIANSHIP; AND (5) DISMISSING CASE |

THIS MATTER came on before the Honorable Ronald B. Leighton on the date last shown below. The Court has considered Plaintiff Mark Williams' motion for settlement approval and for associated relief; the declaration of Guy W. Beckett in support of the motion; and the Report of Settlement Guardian ad Litem Eric Fong. The Court is fully advised in the premises. Now therefore,

ORDER APPROVING SETTLEMENT, ETC. - 1
(PROPOSED)
(NO.  3:08-cv-05430-RBL)

it is hereby ORDERED:

1. Plaintiff Mark Williams' settlement with defendants for the gross sum of $162,500 is approved.

2. Defendants shall immediately deliver the $162,500 settlement payment to Beckett Law Offices, PLLC, payable to Beckett Law Offices, PLLC, Trust Account.

3. The following disbursements from the gross settlement proceeds are approved and shall be made by Plaintiff:

    a. To Beckett Law Offices, PLLC, for attorney's fees: $ 54,166.67

    b. To Beckett Law Offices, PLLC, reimbursement for advanced costs: $ 28,043.75

    c. To Kay Sweeney, for forensic services: $ 34,898.72

    d. To Mark Williams, expense reimbursement: $ 6,273.33

    e. To Eric Fong, Guardian ad Litem fee: $ 750.00

    f. Filing fee and attorney's fee for establishment of guardianship: $ 1,220.00

4. The net settlement proceeds after the disbursements approved above in Paragraph 3 of this Order shall fund a guardianship for the benefit of Shane Williams' minor child, K.W. to be opened and administered in Kitsap County Superior Court pursuant to Washington State laws; with Shane Williams' aunt, Jaci Williams, as guardian; with the funds to be invested in accordance with Washington State laws; and with K.W. obtaining access to the funds in the guardianship upon attaining her twenty-first birthday.

5. Defendants shall immediately pay Eric Fong the sum of $750.00.

6. This case is dismissed with prejudice, and without an award of costs to any party, except for the payment of the Guardian ad Litem fees to Eric Fong as noted above in Paragraphs 3 and 5.

1  DONE THIS 11th day of March, 2010.

_____

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER APPROVING SETTLEMENT, ETC. - 3
(PROPOSED)
(NO. 3:08-cv-05430-RBL)